IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

CURTIS SAYLER and
CHERYL SAYLER,

       CASE NO.

     Plaintiffs,

vs.

TRAVELERS PROPERTY
CASUALTY COMPANY OF
AMERICA,

     Defendant.

_____/

## COMPLAINT

**COME NOW** the Plaintiffs, CURTIS SAYLER and CHERYL SAYLER, by and through undersigned counsel, and sue Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (hereinafter TRAVELERS), and allege:

## GENERAL ALLEGATIONS

1. This is an action for damages that exceed $15,000.00, exclusive of costs, interest and attorney's fees.

2. At all times material to this cause of action, the Plaintiffs, CURTIS SAYLER and CHERYL SAYLER, were married, sui juris and residents of Ocala, Marion County, Florida.

3. At all times material to this cause of action, the Defendant, TRAVELERS, was a foreign corporation registered to do business in the State of Florida and was doing business in Marion County, Florida.

4. The event or transaction out of which this claim arose occurred in Marion County, Florida.

Electronically Filed Marion Case # 17CA000950AX 05/19/2017 12:28:19 PM

5.  On or about May 21, 2012, in Marion County, Florida, the Plaintiff, CURTIS SAYLER, was the permissive driver of a vehicle owned by Ulrich Sayler & Associates, Inc. and insured by Defendant, TRAVELERS

6.  At the above time and place, the Plaintiff, CURTIS SAYLER, was operating said vehicle within the course and scope of the permitted use.

7.  At the above time and place, a phantom vehicle owned and driven by a third party, was so negligently and carelessly operated and controlled or maintained that said motor vehicle collided into the rear of the vehicle being driven by the Plaintiff, CURTIS SAYLER, which caused the vehicle being driven by the Plaintiff, CURTIS SAYLER, to strike the vehicle in front of him.

8.  At all times relevant hereto, the identity of neither the owner and/or driver of the at fault phantom vehicle is known and as such, is an uninsured owner and operator pursuant to the Defendant, TRAVELER's policy.

## COUNT I
## UM CLAIM AGAINST TRAVELERS

9.  Plaintiff, CURTIS SAYLER, re-alleges and adopts Paragraphs 1-8 above as if fully set forth herein.

10. At the time of the incident described herein, the Defendant, TRAVELERS, insured Plaintiff, CURTIS SAYLER, under a policy of uninsured motorist coverage through Ulrich Sayler & Associates, Inc. which was in full force and effect on the date of the subject incident.  A copy of said insurance policy is attached hereto, incorporated by reference and marked as **Exhibit 1.**

11. Pursuant to the terms and conditions of the above described policy of uninsured motorist coverage, the Defendant, TRAVELERS, agreed to pay all or any part of

damages for bodily injury to Plaintiff, CURTIS SAYLER, which he cannot collect because the owner and/or driver of the at fault vehicle is unknown and thereby uninsured.

12. The Plaintiff, CURTIS SAYLER, has complied with all conditions precedent to the bringing of this action.

13. The uninsured motorist coverage policy that is the subject of this lawsuit provides the Plaintiff, CURTIS SAYLER, with $500,000.00 in uninsured motorist coverage.

14. The injuries and damages sustained by Plaintiff, CURTIS SAYLER, as a result of the incident described herein are in excess of the amount of uninsured motorist coverage available to the Plaintiff.

15. Should Defendant, TRAVELERS, dispute the amount or availability of uninsured motorist coverage, upon prevailing, the Plaintiff is entitled to an award of attorney's fees and costs, pursuant to Fla. Stat. 627.428.

16. A claim has been made against the Defendant, TRAVELERS, for uninsured motorist coverage under the policy as written by the Defendant, TRAVELERS, and the Defendant, TRAVELERS, has refused to pay the Plaintiff for damages which he is entitled to recover.

17. As a result of the negligence on the part of the unknown owner and/or driver of the phantom vehicle, the Plaintiff, CURTIS SAYLER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings and the loss of ability to earn money and an aggravation

of a pre-existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

    **WHEREFORE**, Plaintiff, CURTIS SAYLER, demands judgment against the Defendant, TRAVELERS, for damages and any such further relief this Court deems just and proper.

### COUNT II
### LOSS OF CONSORTIUM CLAIM OF CHERYL SAYLER

18. Plaintiff, CHERYL SAYLER, re-alleges and adopts Paragraphs 1-17 above as if fully set forth herein.

19. As a further direct and proximate result of the foregoing negligence, Plaintiff, CHERYL SAYLER, has incurred medical and hospital expenses for the treatment and care of her husband, CURTIS SAYLER, and has in the past, and will in the future, suffer the loss of her husband's services, companionship and consortium.

    **WHEREFORE**, Plaintiff, CHERYL SAYLER, demands judgment against the Defendant, TRAVELERS, for damages and any such further relief this Court deems just and proper.

### COUNT III
### STATUTORY UM BAD FAITH CLAIM

20. Plaintiffs, CURTIS SAYLER and CHERYL SAYLER, re-allege and adopt Paragraphs 1-19 above as if fully set forth herein.

21. This claim will ripen upon the determination by the Court or by confession of judgment by Defendant that Plaintiffs are entitled to the limit of uninsured motorist coverage under the Policy.

22. Defendant, TRAVELERS, had a duty to attempt in good-faith to settle claims brought by the Plaintiffs, when, under all the circumstances, it could and should have done

so, had it acted fairly and honestly toward the Plaintiffs and with due regard for their interest and to otherwise comply with Fla. Stat. 624.155.

23. Defendant, TRAVELERS, breached the aforementioned duties imposed by Fla. Stat. 624.155.

24. Defendant, TRAVELERS, acted in bad-faith by failing to attempt in good-faith to settle the Plaintiffs' claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward the Plaintiffs with due regard for their interests.

25. Defendant, TRAVELERS, acted in bad faith by delaying the settlement of the uninsured motorist claim when the Defendant, TRAVELERS, clearly had the opportunity to do so; and such other bad-faith acts and omissions as the evidence shall show.

26. Plaintiffs, CURTIS SAYLER and CHERYL SAYLER, timely reported the claim to the Defendant and have otherwise complied with all conditions precedent to bringing this action, including without limitation, providing the Florida Department of Financial Services and Defendant, TRAVELERS, sixty (60) days written notice of the violation on the Civil Remedy Notice of Insurer Violation form which was accepted by and filed with the Florida Department of Financial Services on or about March 7, 2017, Filing Number 336886. A copy of the Civil Remedy Notice of Insurer Violation is attached hereto, incorporated by reference and marked as **Exhibit 2.**

27. Defendant, TRAVELERS, did not timely correct the circumstances giving rise to the violations, and/or otherwise failed to comply with Fla. Stat. 624.155 within sixty (60)

days after the Notice was accepted so that it is presumed to be in bad-faith as a matter of law.

28. As a result of the injuries caused by the negligence of the uninsured motorist and relationship between the parties under the policy, the Defendant, TRAVELERS, owed a duty to Plaintiffs to attempt in good faith to settle Plaintiffs' uninsured motorist claim when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for the Plaintiffs' interests.  The Defendant further owed to Plaintiffs a duty to refrain from engaging in unfair claim settlement practices.

29. The Defendant breached its duties to Plaintiffs, in violation of Fla. Stat. 624.155, by:

   a. Not attempting in good faith to settle claims when, under all circumstances, it could and should have done so, had it acted fairly and honestly towards its insured and with due regard for Plaintiffs' interests, which is in violation of Fla. Stat. 624.155(1)(b)(1);

   b. failing to adopt and implement standards for the proper investigation of claims;  which is in violation of Fla. Stat. 626.9541(1)(i)(3)(a);

   c. failing to acknowledge and act promptly upon communications with respect to Plaintiffs' uninsured motorist claim, including its failure to properly respond to Plaintiffs' demands for payment of all  uninsured motorist coverage under the policy; which is in violation of Fla. Stat. 626.9541(1)(i)(3)(c);

   d. denying Plaintiff's uninsured motorist claims without conducting a reasonable investigations based upon available information, even disregarding Plaintiffs' repeated offers to assist Defendant in its investigation; which is in violation of

Fla. Stat. 626.9541(1)(i)(3)(d);

e.  failing to promptly provide a reasonable explanation in writing to the Plaintiffs of the basis in the insurance policy, in relation to the facts or applicable law, for denial of this claim and lack of any settlement offer; which is in violation of Fla. Stat. 626.9541(1)(i)(3)(f);

f.  unfair claim settlement practices by failing to promptly notify the Plaintiffs of any additional information necessary for the processing of the uninsured motorist claim, including what information Defendant's employees required to properly assess and determine whether Plaintiff was afforded coverage pursuant Defendant's policies and procedures which is in violation of Fla. Stat. 626.9541(1)9i)(3)(f).

30. The acts complained of herein constituted Defendant's general business practices in that they:

a.  were expressions of, and in compliance with, standard company practices and procedures,

b.  are said by Defendant to be in conformity with what it contends are standard and good faith claims practices, and consequently or incidentally,

c.  occur with such frequency as to indicate general business practices.

31. As a direct and proximate result of Defendant's actions and/or inactions as set forth above, Plaintiffs have been damaged.

32. Pursuant to the requirements of Fla. Stat. 624.155, more than sixty (60) days before filing this lawsuit have passed from the date Plaintiffs served the Civil Remedy Notice of Insurer Violation.

33. Plaintiffs had to retain the services of the undersigned attorney and contracted with the undersigned for the payment of their attorney's fees to bring this action and obtain the payment of the excess damages caused by Defendant.

34. Pursuant to Fla. Stat. 624.155 and 627.727(10), Plaintiffs are entitled to recover the total amount of damages suffered, including the amount in excess of the policy limits, including any interest on unpaid coverage, attorney's fees and costs, and any damages caused by a violation of the laws of the state of Florida.

35. All conditions precedent to Plaintiffs' rights to bring this action have occurred or have been satisfied.

**WHEREFORE,** Plaintiffs demand judgment against Defendant for the total amount of Plaintiffs' damages recoverable pursuant to Fla. Stats. 624.155 and 627.727(10), plus the costs of this action and attorney's fees and any such further relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of May, 2017, the foregoing was electronically filed with the Clerk of Marion County by using the Florida Courts E-Filing Portal.

 */s/Marianne Howanitz, Esq.*
MARIANNE HOWANITZ, PA
Attorney for Plaintiffs
Florida Bar No. 936014
118 W. Fort King Street
Ocala, Florida 34471
Tel. (352) 512-0444
Fax. (352) 433-4079
E-mail (P): mh@ocalaaccidentlaw.com
E-mail (S): dawn@ocalaaccidentlaw.com

**TRAVELERS J**                              One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date: 12-13-11  VS

ITEM ONE:                    Policy Number:  BA-4044X270-12-SEL

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Declarations Period: From: 02-01-12 to 02-01-13 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

The Commercial Automobile Coverage Part consists of these
Declarations and the Business Auto Coverage Form shown below.

FORM OF BUSINESS: CORPORATION

ITEM TWO:
 A. COVERAGE AND LIMITS OF INSURANCE:

    Coverage applies only to those Autos shown as Covered Autos by entry
    of one or more Symbols from SECTION 1 - Covered Auto of the
    BUSINESS AUTO COVERAGE FORM

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| | | The most we will pay for any one accident or loss. |
| LIABILITY | 7  8  9 | $   500,000 |
| PERSONAL INJURY PROTECTION (No Fault) | 5 | Separately stated in each PIP endorsement minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN. |
| AUTO MEDICAL PAYMENTS | 7 | $10,000 EACH PERSON |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 7 | SEE CA T0 30 |

CA T0 01 02 07                        PAGE  (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY   CWP95    OFFICE TAMPA 247



 

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date: 12-13-11  VS

Policy Number:  BA-4044X270-12-SEL

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| PHYSICAL DAMAGE Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto, but no deductible applies to loss caused by fire or lightning. |
| PHYSICAL DAMAGE Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN for each covered auto. |
| PHYSICAL DAMAGE TOWING AND LABOR | 7 | $   50 for each disable-ment of a private passenger "auto". |

B. AUDIT PERIOD:  NOT AUDITABLE

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 1-9, 19:  SEE BUSINESS AUTO COVERAGE FORM Section 1
   Covered Autos

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause on reverse side)

CA T0 01 02 07                          PAGE   (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY    CWP95    OFFICE TAMPA  247



**TRAVELERS**                                    One Tower Square, Hartford, Connecticut 06183

                                        BUSINESS AUTO
                                        COVERAGE PART DECLARATIONS
                                        Issue Date:  12-13-11  VS

                        Policy Number:  BA-4044X270-12-SEL


LOSS PAYABLE CLAUSE

   A.   We will pay you and the loss payee named in the policy for "loss"
        to a covered "auto", as interest may appear.

   B.   The insurance covers the interest of the loss payee unless the
        "loss" results from conversion, secretion or embezzlement on your
        part.

   C.   We may cancel the policy as allowed by the CANCELLATION Common
        Policy Condition.  Cancellation ends this agreement as to the loss
        payee's interest.  If we cancel the policy we will mail you and the
        loss payee the same advance notice.

   D.   If we make any payment to the loss payee, we will obtain their
        rights against any other party.



                           SCHEDULE OF LOSS PAYEES

        VEHICLE NUMBER                  LOSS PAYEE (Name and Address)

        0005                            REGIONS BANK

                                        PO BOX 1984

                                        BIRMINGHAM                    AL
                                                                   35201



CA T0 01 02 07                          PAGE  (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY   CWP95   OFFICE TAMPA 247

 One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  12-13-11  VS

Policy Number:  BA-4044X270-12-SEL

SCHEDULE OF LOSS PAYEES

VEHICLE NUMBER                    LOSS PAYEE (Name and Address)

0002                      SUNTRUST

                          PO BOX 305053

                          NASHVILLE                    TN
                                                       37230-5053


0004                      REGIONS BANK

                          PO BOX 1984

                          BIRMINGHAM                   AL
                                                       35201

CA T0 01 02 07                    PAGE  (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY    CWP95    OFFICE TAMPA  247

# TRAVELERS J

One Tower Square, Hartford, Connecticut 06183



```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              REAL ESTATE APPRAISERS
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 12/13/11
                              POLICY NUMBER: BA-4044X270-12-SEL
```

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   ULRICH SAYLER & ASSOCIATES INC
   AND AS PER CA T8 00
   3911 SW 5TH AVENUE
   OCALA, FL 34471

2. POLICY PERIOD:  From 02/01/12 to 02/01/13 12:01 A.M. Standard Time at
                                              your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy          Address

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL AUTOMOBILE COV PART DECLARATIONS       CA T0 01 02 07 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                       Policy No.              Insuring Company

   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 5,542
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
   HOLDER INSURANCE AGENCY (CWP95)
   1635 SW 1ST AVE                             _____
   OCALA, FL 34471                             Authorized Representative

                                              DATE:_____

IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 2
OFFICE: TAMPA FL
```



**TRAVELERS J**

TAXES AND SURCHARGES

POLICY NUMBER: BA-4044X270-12-SEL

EFFECTIVE DATE: 02/01/12

ISSUE DATE: 12/13/11

DESCRIPTION                                                                    AMOUNT

FL CAT FUND EMERGENCY ASSESSMENT SURCHARGE - AUTO                               68.00

IL T0 02 11 89          PAGE  2 OF  2

OFFICE: TAMPA FL                  247
PRODUCER NAME: HOLDER INSURANCE AGENCY                    CWP95

**TRAVELERS** J

| | |
|---|---|
| **POLICY NUMBER:** | BA-4044X270-12-SEL |
| **EFFECTIVE DATE:** | 02-01-12 |
| **ISSUE DATE:** | 12-13-11 |

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
CA F1 53 05 11    COMMON POLICY CONDITIONS - FLORIDA
```

COMMERCIAL AUTOMOBILE

```
CA T0 01 02 07    BUSINESS AUTO COV PART ITEMS 1, 2
CA T0 02 11 06    BUSINESS AUTO COV PART DEC- ITEM 3
CA T0 03 02 07    BUSINESS AUTO COV PART  ITEMS 4, 5
CA T0 30 11 06    BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD
CA T0 31 11 07    TABLE OF CONTENTS-BUSINESS AUTO COV FORM
CA 00 01 03 06    BUSINESS AUTO POLICY
CA F0 79 04 07    AUTO COVERAGE PLUS ENDORSEMENT
CA T4 00 01 04    AMENDATORY ENDORSEMENT
CA 01 28 03 09    FLORIDA CHANGES
CA 20 71 10 01    AUTO LOAN/LEASE GAP COVERAGE
CA 21 72 10 09    FL UM MOTORIST COVERAGE - NONSTACKED
CA 22 10 01 08    FLORIDA PIP
CA 99 03 03 06    AUTO MED PAY COVERAGE
CA 99 10 09 02    DRIVE OTHER CAR-BROAD COV /NAMED INDIV
CA T3 01 02 99    ADDITIONAL INSURED
CA 02 67 01 08    FL CHANGES-CANCELLATION AND NONRENEWAL
CA T3 04 01 87    AMENDED TITLE-AUTO COVERAGE PARTS
CA T8 00          NAMED INSURED
```

INTERLINE ENDORSEMENTS

```
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL T0 10 12 86    LENDERS CERTIFICATE OF INSURANCE-FORM A
```

**TRAVELERS J**

One Tower Square, Hartford, Connecticut  06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  12-13-11  VS

ITEM ONE:                Policy Number:  BA-4044X270-12-SEL

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Declarations Period:  From:  02-01-12 to 02-01-13 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

The Commercial Automobile Coverage Part consists of these
Declarations and the Business Auto Coverage Form shown below.

FORM OF BUSINESS: CORPORATION

ITEM TWO:
 A. COVERAGE AND LIMITS OF INSURANCE:

    Coverage applies only to those Autos shown as Covered Autos by entry
    of one or more Symbols from SECTION 1 - Covered Auto of the
    BUSINESS AUTO COVERAGE FORM

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| | | The most we will pay for any one accident or loss. |
| LIABILITY | 7  8  9 | $   500,000 |
| PERSONAL INJURY PROTECTION (No Fault) | 5 | Separately stated in each PIP endorsement minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN. |
| AUTO MEDICAL PAYMENTS | 7 | $10,000 EACH PERSON |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 7 | SEE CA T0 30 |

CA T0 01 02 07                        PAGE  (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY   CWP95   OFFICE TAMPA  247

**TRAVELERS J**

One Tower Square, Hartford, Connecticut  06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  12-13-11  VS

Policy Number:  BA-4044X270-12-SEL

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| PHYSICAL DAMAGE  Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto, but no deductible applies to loss caused by fire or lightning. |
| PHYSICAL DAMAGE  Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN for each covered auto. |
| PHYSICAL DAMAGE  TOWING AND LABOR | 7 | $   50 for each disable-ment of a private passenger "auto". |

B. AUDIT PERIOD:  NOT AUDITABLE

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 1-9, 19:  SEE BUSINESS AUTO COVERAGE FORM Section 1
   Covered Autos

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause on reverse side)

CA T0 01 02 07                              PAGE   (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY    CWP95    OFFICE TAMPA  247



TRAVELERS J
One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  12-13-11  VS

Policy Number:  BA-4044X270-12-SEL

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

SCHEDULE OF LOSS PAYEES

VEHICLE NUMBER                    LOSS PAYEE (Name and Address)

0005                             REGIONS BANK

                                 PO BOX 1984

                                 BIRMINGHAM                    AL
                                                               35201

CA T0 01 02 07                       PAGE  (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY   CWP95   OFFICE TAMPA  247

**TRAVELERS J**
One Tower Square, Hartford, Connecticut  06183

```
                                    BUSINESS AUTO
                                    COVERAGE PART DECLARATIONS
                                    Issue Date:  12-13-11  VS


                    Policy Number:  BA-4044X270-12-SEL


                    SCHEDULE OF LOSS PAYEES

         VEHICLE NUMBER                LOSS PAYEE (Name and Address)

         0002                     SUNTRUST

                                  PO BOX 305053

                                  NASHVILLE                   TN
                                                        37230-5053




         0004                     REGIONS BANK

                                  PO BOX 1984

                                  BIRMINGHAM                   AL
                                                        35201
```

```
CA T0 01 02 07                        PAGE  (CONTINUED)
PRODUCER HOLDER INSURANCE AGENCY   CWP95   OFFICE TAMPA  247
```



**TRAVELERS** J

One Tower Square, Hartford, Connecticut O6183

ITEM THREE.    SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-4044X270-12-SEL

INSURED'S NAME: ULRICH SAYLER & ASSOCIATES INC          CA T0 02 11 06
AND AS PER CA T8 00

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 1 | OCALA | FL | 34471 | 0064 | 147 | 7398 | |
| 2 | OCALA | FL | 34471 | 0064 | 147 | 7398 | |
| 3 | OCALA | FL | 34471 | 0064 | 147 | 7398 | |
| 4 | OCALA | FL | 34471 | 0064 | 147 | 7398 | |
| 5 | OCALA | FL | 34471 | 0064 | 147 | 7398 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF LIAB | AGE GROUP |
|---|---|---|---|---|---|---|
| 1 | 2009 | SMART FORTW | WMEEJ31X19K305137 | 13990 | ACV | 4 |
| 2 | 2011 | CHRYS TOWN | 2A4RR5DG2BR633474 | 30160 | ACV | 2 |
| 3 | 2005 | NISSA MURAN | JN8AZ08TX5W324381 | 29300 | ACV | C |
| 4 | 2012 | FIAT 500 | 3C3CFFBA6CT186018 | 19000 | ACV | 1 |
| 5 | 2008 | SMART FORTW | WMEEJ31X78K157316 | 13990 | ACV | 5 |

| | COVERED AUTO 1 | COVERED AUTO 2 | COVERED AUTO 3 | COVERED AUTO 4 | COVERED AUTO 5 |
|---|---|---|---|---|---|
| BASIC PIP: DEDUCTIBLE AMOUNT APPLIES TO | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 500 | 500 | 500 | 500 | 500 |
| COLLISION | 500 | 500 | 500 | 500 | 500 |
| PREMIUMS: | | | | | |
| LIABILITY | 543 | 543 | 543 | 543 | 543 |
| BASIC PIP | 27 | 27 | 27 | 27 | 27 |
| MED PAY | 12 | 12 | 12 | 12 | 12 |
| COMPREHENSIVE | 53 | 75 | 63 | 61 | 53 |
| COLLISION | 151 | 230 | 138 | 192 | 151 |
| TOWING | INCL | INCL | INCL | INCL | INCL |
| TOTAL | 786 | 887 | 783 | 852 | 786 |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM:      600

 * APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
                    SPV    5          PAGE    1              001

# TRAVELERS⌐

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO
COVERAGE PART DECLARATIONS**

**POLICY NO.:** BA-4044X270-12-SEL
**ISSUE DATE:** 12-13-11

**ITEM FOUR
SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

**LIABILITY COVERAGE – RATING BASIS, COST OF HIRE**

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If Liab. Cov. is primary) | PREMIUM |
|---|---|---|---|---|
| FL | $ IF ANY       XS | $   2.407 | $ | $       75 |
| | | | **TOTAL PREMIUM** $       75 | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**PHYSICAL DAMAGE COVERAGE**

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIR WHICHEVER IS LESS, MINUS $         DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | $ | $ | $ |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE OR COST OF REPAIR WHICHEVER IS LESS, MINUS $         DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | $ | $ | $ |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR WHICHEVER IS LESS MINUS $            DED. FOR EACH COVERED AUTO. | $ | $ | $ |
| | | | **TOTAL PREMIUM** $ | |

**ITEM FIVE
SCHEDULE FOR NON-OWNERSHIP LIABILITY**

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| OTHER THAN GARAGE SERVICE OPERATIONS AND OTHER THAN A SOCIAL SERVICE AGENCY | NUMBER OF EMPLOYEES | 4 | $       91 |
| | NUMBER OF PARTNERS | | $ |
| GARAGE SERVICE OPERATIONS | NUMBER OF EMPLOYEES WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF AUTOS | | $ |
| | NUMBER OF PARTNERS | | $ |
| SOCIAL SERVICE AGENCY | NUMBER OF EMPLOYEES | | $ |
| | NUMBER OF VOLUNTEERS | | $ |
| | **TOTAL PREMIUM** | | $       91 |

**PRODUCER
CA T0 03 02 07**

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

**OFFICE**

Page 1 of 1

INCLUDES COPYRIGHTED MATERIAL OF
INSURANCE SERVICES OFFICE, WITH ITS
PERMISSION.   COPYRIGHT, INSURANCE
SERVICES OFFICE, 1985

EXPLANATION OF CERTAIN ENTRIES OR THE ABSENCE THEREOF ON CA T0 02

THE ABSENCE OF AN ENTRY IN PREMIUM SPACES FOR A COVERAGE SHALL MEAN THAT
   INSURANCE IS NOT AFFORDED FOR THE DESIGNATED AUTO.

THE ABBREVIATION 'ACV' IN THE 'LIMIT OF LIABILITY' SPACE SHALL MEAN 'ACTUAL
   CASH VALUE'.

THE ABBREVIATION 'BI' SHALL MEAN 'BODILY INJURY'.

THE ABBREVIATION 'GVW' SHALL MEAN 'GROSS VEHICLE WEIGHT'.

THE ABBREVIATION 'GCW' SHALL MEAN 'GROSS COMBINED WEIGHT'.

THE ABBREVIATION 'ADDED PIP' SHALL MEAN 'ADDED PERSONAL INJURY PROTECTION'
   OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'BASIC PIP' SHALL MEAN 'BASIC PERSONAL INJURY PROTECTION'
   OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'NDA' SHALL MEAN 'NO DEDUCTIBLE APPLIES'.

THE ABBREVIATION 'ME$100' SHALL MEAN 'MEDICAL EXPENSE $100'.

THE ABBREVIATION 'WL$200' SHALL MEAN 'WORK LOSS $200'.

THE ABBREVIATION 'CME&WL' SHALL MEAN 'COMBINED MEDICAL EXPENSE & WORK LOSS'.

THE ABBREVIATION 'I' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
   ONLY'.

THE ABBREVIATION 'I/R' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
   AND RELATIVES'.

THE ABBREVIATION 'PD' SHALL MEAN 'PROPERTY DAMAGE'.

THE ABBREVIATION 'SPEC CAUSES' SHALL MEAN 'SPECIFIED CAUSES OF LOSS
   COVERAGE' AS DEFINED IN THE POLICY.

OTHER ABBREVIATIONS DESIGNATED BELOW ARE DEFINED AS FOLLOWS
   THE ABBREVIATION 'SP' SHALL MEAN 'SPECIFIED CAUSES OF LOSS COVERAGE'.
   THE ABBREVIATION 'F' SHALL MEAN 'FIRE COVERAGE' ONLY.
   THE ABBREVIATION 'FT' SHALL MEAN 'FIRE & THEFT COVERAGE'.
   THE ABBREVIATION 'FTW' SHALL MEAN 'FIRE, THEFT & WINDSTORM COVERAGE'.
   THE ABBREVIATION 'LSP' SHALL MEAN 'LIMITED SPECIFIED CAUSES OF LOSS
      COVERAGE'.

THE ABBREVIATION 'MED PAY' SHALL MEAN 'MEDICAL PAYMENTS'.

THE ABBREVIATION 'NFRB CODE' SHALL MEAN 'NO FAULT RATING BASIS'.

THE ABBREVIATION 'PRIM' SHALL MEAN 'PRIMARY'.

THE ABBREVIATION 'XS' SHALL MEAN 'EXCESS'.

# TRAVELERS J

One Tower Square, Hartford, Connecticut 06183

| BUSINESS AUTO/TRUCKERS/GARAGE/ | POLICY NO.: BA-4044X270-12-SEL |
|---|---|
| MOTOR CARRIER COVERAGE PART | ISSUE DATE: 12-13-11 |
| SUPPLEMENTARY SCHEDULE | |

**ITEM TWO**
**COVERAGE AND LIMITS OF INSURANCE**
**UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage**
UNINSURED MOTORISTS                    LIMIT OF INSURANCE

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| FL | | $  500,000 | | | |

UNDERINSURED MOTORISTS          LIMIT OF INSURANCE
(When Underinsured Motorists is a separate coverage)

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| | | | | | |

CA T0 30 11 06          Includes the copyrighted material of Insurance Services Office, Inc. with its permission.          Page 1 of 1
                    Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

COMMERCIAL AUTO

POLICY NUMBER:  BA-4044X270-12-SEL

ISSUE DATE: 12-13-11

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO LOAN/LEASE GAP COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

| Vehicle No. | Description Of Loan/Lease "Auto(s)" Which Are Covered "Autos" | | Other Than Collision Additional Premium | Collision Additional Premium |
|---|---|---|---|---|
| 4 | 2012 FIAT | 3C3CFFBA6CT186018 | $ INCL | $ 17 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The **Physical Damage Coverage** Section is amended by the addition of the following:

In the event of a total "loss" to a covered "auto" shown in the Schedule or Declarations for which a specific premium charge indicates that Auto Loan/Lease GAP Coverage applies, we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

1. The amount paid under the Physical Damage Coverage Section of the policy; and

2. Any:

a. Overdue lease/loan payments at the time of the "loss";

b. Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage.

c. Security deposits not returned by the lessor;

d. Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

e. Carry-over balances from previous loans or leases.

CA 20 71 10 01

© ISO Properties, Inc., 2000

Page 1 of 1

COMMERCIAL AUTO
POLICY NUMBER: **BA-4044X270-12-SEL**                    ISSUE DATE: **12-13-11**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA UNINSURED MOTORISTS COVERAGE – NONSTACKED

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

**Limit Of Insurance:**   **$ SEE CAT030**      **Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

      **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

COMMERCIAL AUTO

1. Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy; or

   **d.** Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

      **(1)** Significant and permanent loss of an important bodily function;

      **(2)** Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

      **(3)** Significant and permanent scarring or disfigurement; or

      **(4)** Death.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

3. We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage Nonstacked as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   **a.** If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage, any recovery for damages sustained by an individual Named Insured or any "family member":

      **(1)** While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

© Insurance Services Office, Inc., 2009

CA 21 72 10 09

(2) While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

    (a) The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" was "occupying" at the time of the "accident"; and

    (b) The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member".

(3) While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this coverage form is provided:

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**a. Arbitration**

(1) If we and an "insured" do not agree:

    (a) Whether that person is legally entitled to recover damages under this endorsement; or

COMMERCIAL AUTO

(b) As to the amount of damages that are recoverable by that person;

Then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

(2) Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

(3) Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

(1) In any claim filed by an "insured" with us for:

(a) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

(b) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

(c) "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

(2) A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

(3) The request must state:

(a) Why mediation is being requested.

(b) The issues in dispute, which are to be mediated.

(4) The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

(5) Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

(6) The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**F.    Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

a. For which no liability bond or policy applies at the time of an "accident";

© Insurance Services Office, Inc., 2009    **CA 21 72 10 09**

COMMERCIAL AUTO

b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident";

c. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

d. For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

(1) Hit an individual Named Insured or any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying"; or

(2) Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying".

If there is no physical contact with the land motor vehicle or "trailer", the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

a. Owned by a governmental unit or agency;

b. Designed for use mainly off public roads while not on public roads; or

c. Owned by or furnished or available for the regular use of the Named Insured, or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the coverage form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured, or if the Named Insured is an individual, any "family member".

© Insurance Services Office, Inc., 2009

COMMERCIAL AUTO
ISSUE DATE: 12-13-11

POLICY NUMBER: BA-4044X270-12-SEL

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

### SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $

is applicable to     ☐ the following "named insured" only:

☐ each "named insured" and each dependent – "family member".

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent – "family member" does not apply.

| Benefits | Limit Per Person |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits | $10,000 |
| Death Benefits | The lesser of: |
| | •  $5,000; or |
| | •  The total aggregate limit for Personal Injury Protection benefits minus any amounts paid for medical expenses, work loss or replacement services expenses. |
| Medical Expenses | 80% of medical expenses subject to total aggregate limit |
| Work Loss | 60% of work loss subject to total aggregate limit |
| Replacement Services Expense | subject to total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-Fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle". Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following:

**1. Medical Expense**

All reasonable "medically necessary" expenses for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if provided, supervised, ordered or prescribed by a health care provider or facility

CA 22 10 01 08                    © ISO Properties, Inc., 2007                    Page 1 of 6

COMMERCIAL AUTO

authorized by the Florida Motor Vehicle No-Fault Law.

**2. Replacement Services Expenses**

With respect to the period of disability of the injured person all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

**3. Work Loss**

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

**4. Death Benefits**

**B. Who Is An Insured**

1. The "named insured".

2. If the "named insured" is an individual, any "family member".

3. Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

2. Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

3. Sustained by any person:

   a. Caused by his or her own intentional act; or

   b. While committing a felony.

4. To the "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5. To any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

6. To any person, other than the "named insured" if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law;

7. To any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

8. To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

1. Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law from all sources combined, including this policy, for all "loss" and expense incurred by or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be $10,000.

2. Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.

3. If personal injury protection benefits, under the Florida Motor Vehicle No-Fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

4. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1., A.2.** and **A.3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.

5. Any amount paid under this coverage for medical expenses may be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-Fault Law.

      © ISO Properties, Inc., 2007      CA 22 10 01 08

### E. Changes In Conditions

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is amended by the addition of the following:

   In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

   If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

2. **Legal Action Against Us** is replaced by the following:

   a. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

      (1) Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

      (2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-Fault Law sent to us via U.S. certified or registered mail; and

      (3) With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

         (a) pay the overdue claim; or

         (b) agree to pay for future treatment not yet rendered;

      in accordance with the requirements of the Florida Motor Vehicle No-Fault Law.

   b. If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

   c. The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle".

4. The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

   We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, any insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud shall void all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of that "insured's" fraud shall be recoverable from that "insured".

### F. Additional Conditions

The following Conditions are added:

#### 1. Mediation

**a.** In any claim filed by an "insured" with us for:

**(1)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(2)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

**(3)** "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**b.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**c.** The request must state:

**(1)** Why mediation is being requested.

**(2)** The issues in dispute, which are to be mediated.

**d.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**e.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**f.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

#### 2. Payment Of Benefits

Personal injury protection benefits payable under this coverage form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered "loss" and the amount of the covered "loss" in accordance with the Florida Motor Vehicle No-Fault Law.

#### 3. Modification Of Policy Coverages

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

#### 4. Proof Of Claim; Medical Reports And Examinations; Payment Of Claim Withheld

As soon as practicable, the person making claim shall give to us written proof of claim, under oath if required, which may include full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist us in determining the amount due and payable. Such person shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to an examination, we will not be liable for subsequent personal injury protection benefits. Whenever a person making claim is charged with committing a felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will

© ISO Properties, Inc., 2007

not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**5. Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-Fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**6. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law and afforded under the lessor's policy shall be primary.

**7. Policy Period; Territory**

The insurance under this Section applies only to "accidents" which occur during the policy period:

**a.** In the state of Florida;

**b.** As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of

America, its territories or possessions or Canada; and

**c.** As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

**G. Additional Definitions**

As used in this endorsement:

**1.** "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

However, "motor vehicle" does not include:

**a.** A mobile home;

**b.** Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

**2.** "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured".

**3.** "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

**4.** "Occupying" means in or upon or entering into or alighting from.

**5.** "Owner" means a person or organization who holds the legal title to a "motor vehicle", and also includes:

**a.** A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

**b.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase

and such lease agreement is for a period of six months or more; and

**c.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

**6.** "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

**7.** "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease, or symptom in a manner that is:

**a.** In accordance with generally accepted standards of medical practice;

**b.** Clinically appropriate in terms of type, frequency, extent, site and duration; and

**c.** Not primarily for the convenience of the patient, physician, or other health care provider.

    © ISO Properties, Inc., 2007    **CA 22 10 01 08**

COMMERCIAL AUTO

POLICY NUMBER:  BA-4044X270-12-SEL                          ISSUE DATE: 12-13-11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

LIMITS     Liability                    $   Limits of Insurance as
           Auto Medical Payments        $   stated in Item Two of
           Uninsured Motorists          $   the applicable Coverage
           Underinsured Motorists       $   Part Declarations

| Name of Individual | Liability Premium | | Auto Medical Payments Premium | | Uninsured Motorists Premium | | Underinsured Motorists Premium | Physical Damage Comp. Premium | Coll. Premium |
|---|---|---|---|---|---|---|---|---|---|
| CHRIS ULRICH | $ | 65 | $ | 6 | $ | 16 | $ INCL UM | $ | $ |
| WILLIAM ULRICH | | 65 | | 6 | | 16 | INCL UM | | |
| SHAUN ULRICH | | 65 | | 6 | | 16 | INCL UM | | |

Note – When uninsured motorists is provided at limits higher than the basic limits required by a financial responsibility law, underinsured motorists is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**CA 99 10 09 02**                    © ISO Properties, Inc., 2002                    Page 1 of 2

COMMERCIAL AUTO

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Liability Coverage**

**1.** Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

**a.** Any "auto" owned by that individual or by any member of his or her household.

**b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**2.** The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insured" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

**1.** Any "auto" owned by that individual or by any member of his or her household.

**2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

    © ISO Properties, Inc., 2002    **CA 99 10 09 02**

COMMERCIAL AUTO
POLICY NUMBER:  BA-4044X270-12-SEL               ISSUE DATE: 12-13-11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

Paragraph c. of the WHO IS AN INSURED provision includes the person or organization indicated below, but only for his, her or its liability because of acts or omissions of an "insured" under paragraphs a. or b. of that provision, subject to the following additional provisions:

1. No liability is assumed by that person or organization for the payment of any premiums stated in the policy or earned under the policy.

2. In the event of cancellation of the policy, written notice of cancellation will be mailed by us to that person or organization.

**Person or Organization**

SUNTRUST

**Address**

PO BOX 305053

NASHVILLE                    TN 372305053

**CA T3 01 02 99**                                                      Page 1 of 1

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 00 02 12

POLICY NUMBER  BA-4044X270-12-SEL

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

NAMED INSURED

IT IS AGREED THAT:

ULRICH SAYLER & ASSOCIATES INC
DBA USA HOME INSPECTIONS
DBA OCALA MOLD SERVICES

EFFECTIVE DATE  02-01-12   EXPIRATION DATE  02-01-13
PAGE 0001   DATE OF ISSUE  12-13-11

**TRAVELERS**
707 W. MAIN AVE
SPOKANE  WA          99201

**LENDER'S CERTIFICATE OF
INSURANCE — FORM A**
Issue Date: 12-13-11

**1.  CERTIFICATE HOLDER:**                    Policy Number: BA-4044X270-12-SEL

REGIONS BANK

PO BOX 1984

BIRMINGHAM              AL 35201

**2.  NAMED INSURED:**  ULRICH SAYLER & ASSOCIATES INC
AND AS PER CA T8 00
3911 SW 5TH AVENUE

OCALA                    FL 34471

**3.  CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

**4.  POLICY PERIOD:** 02-01-12   to  02-01-13

**5.  INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6.  INSURANCE**

Vehicles        -  The policy names the Certificate Holder as a Loss Payee
according to its Loss Payable Clause (see item 7. Special
Provisions), for the vehicles described below:

Coverages:      A = Comprehensive
B = Specified Perils
C = Collision

DESIGNATED VEHICLE(S)                    COVERAGES AND DEDUCTIBLE
2008 SMART        WMEEJ31X78K157316      A - $  500   C - $  500

IL T0 10 12 86                                              Page 1 of 2

**LENDER'S CERTIFICATE OF
INSURANCE — FORM A**

Policy Number: `BA-4044X270-12-SEL`

**7. SPECIAL PROVISIONS:**

<div align="center">

**LOSS PAYABLE CLAUSE**

</div>

A.  We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their rights against any other party notice.

**8. NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

**9. DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

**COUNTERSIGNED BY:**

_____
Authorized Representative

**TRAVELERS**
707 W. MAIN AVE
SPOKANE  WA                     99201

**LENDER'S CERTIFICATE OF INSURANCE−FORM A**
Issue Date: 12-13-11

1. **CERTIFICATE HOLDER:**                     Policy Number: BA-4044X270-12-SEL

    SUNTRUST

    PO BOX 305053

    NASHVILLE              TN 37230-5053

2. **NAMED INSURED:**  ULRICH SAYLER & ASSOCIATES INC
    AND AS PER CA T8 00
    3911 SW 5TH AVENUE

    OCALA                    FL 34471

3. **CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements,  terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

4. **POLICY PERIOD:** 02-01-12  to  02-01-13

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

    Vehicles         -   The policy names the Certificate Holder as a Loss Payee
                         according to its Loss Payable Clause (see item 7. Special
                         Provisions), for the vehicles described below:

    Coverages:          A = Comprehensive
                        B = Specified Perils
                        C = Collision


    DESIGNATED VEHICLE(S)                       COVERAGES AND DEDUCTIBLE
    2011 CHRYSLER        2A4RR5DG2BR633474       A - $   500    C - $   500

IL T0 10 12 86                                                    Page 1 of 2

**LENDER'S CERTIFICATE OF**
**INSURANCE — FORM A**

Policy Number: `BA-4044X270-12-SEL`

7.  **SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

A.  We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their rights against any other party notice.

8.  **NOTICE OF CANCELLATION** —  If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

**COUNTERSIGNED BY:**

_____
Authorized Representative

**TRAVELERS**
707 W. MAIN AVE
SPOKANE WA          99201

**LENDER'S CERTIFICATE OF**
**INSURANCE—FORM A**
Issue Date: 12-13-11

1.  **CERTIFICATE HOLDER:**                    Policy Number: BA-4044X270-12-SEL

    REGIONS BANK

    PO BOX 1984

    BIRMINGHAM                   AL 35201

2.  **NAMED INSURED:**  ULRICH SAYLER & ASSOCIATES INC
    AND AS PER CA T8 00
    3911 SW 5TH AVENUE

    OCALA                    FL 34471

3.  **CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4.  **POLICY PERIOD:** 02-01-12  to  02-01-13

5.  **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6.  **INSURANCE**

    Vehicles        -  The policy names the Certificate Holder as a Loss Payee
                       according to its Loss Payable Clause (see item 7. Special
                       Provisions), for the vehicles described below:

    Coverages:         A = Comprehensive
                       B = Specified Perils
                       C = Collision

    DESIGNATED VEHICLE(S)                          COVERAGES AND DEDUCTIBLE
    2012 FIAT          3C3CFFBA6CT186018           A - $   500   C - $   500

IL T0 10 12 86                                                    Page 1 of 2

**LENDER'S CERTIFICATE OF
INSURANCE — FORM A**

Policy Number: BA-4044X270-12-SEL

7. **SPECIAL PROVISIONS:**

**LOSS PAYABLE CLAUSE**

A. We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payment to the loss payee, we will obtain their rights against any other party notice.

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

COUNTERSIGNED BY:

_____
Authorized Representative

**IL T0 10 12 86**

COMMERCIAL AUTO
POLICY NUMBER: BA-4044X270-12-SEL                              ISSUE DATE: 12-13-11

# DRIVER RECORD INFORMATION

This list includes those drivers who will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional users. If this information needs modification or when drivers are added or deleted, please complete this form and send it to your agent.

| DRIVER'S NAME | | DATE OF | LICENSE | STATE | ADDITION/ |
| LAST | FIRST | BIRTH | NUMBER | LICENSED | DELETE |
|------|-------|---------|---------|---------|---------|
| ULRICH | CHRIS | ██77 | ██████4230 | FL | |
| ULRICH | WILLIAM | ██52 | ██████2580 | FL | |
| ULRICH | SHAUN | ██77 | ██████8810 | FL | |
| SAYLER | CURTIS | ██75 | ██████1100 | FL | |
| SAYLER | CHERYL | ██75 | ██████8010 | FL | |
| ROBINSON | JEREMY | ██85 | ██████3680 | FL | |

**Florida Automobile Insurance Identification Card**

TRAVELERS PROPERTY
CASUALTY CO. OF AMERICA

COMMERCIAL POLICY NUMBER

BA-4044X270-12-SEL          - 09493

EFFECTIVE DATE 02-01-12

[X] PERSONAL INJURY PROTECTION BENEFITS/
PROPERTY DAMAGE LIABILITY

[X] BODILY INJURY
LIABILITY

NAMED INSURED

ULRICH SAYLER & ASSOCIATES INC
AND AS PER CA T8 00

YEAR      MAKE/MODEL           VEHICLE ID NUMBER
2009 SMART FORTW    WMEEJ31X19K305137

**Not valid more than one year from effective date.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should
keep in your vehicle at all times. One card is enclosed for each
vehicle on your policy. Please detach your card(s) and cut
along dotted lines. Information contained on the card will be
needed for vehicle registration, accident involvement, or any
traffic violation. If you obtain a new or replacement vehicle, or
need additional cards, please contact your Travelers agent.
Thank you for insuring with The Travelers.

CAIDFL Rev. 10-09

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger
  and witness; and insurance company and policy number for
  each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers
  representatives.            *MISREPRESENTATION OF*
                              *INSURANCE IS A FIRST*
                              *DEGREE MISDEMEANOR.*



**TRAVELERS** J

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Florida Automobile Insurance Identification Card**
TRAVELERS PROPERTY
CASUALTY CO. OF AMERICA

COMMERCIAL POLICY NUMBER
BA-4044X270-12-SEL        — 09493
EFFECTIVE DATE 02-01-12

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

NAMED INSURED
ULRICH SAYLER & ASSOCIATES INC
AND AS PER CA T8 00

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|------|------------|-------------------|
| 2005 | NISSA MURAN | JN8AZ08TX5W324381 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS PROPERTY
CASUALTY CO. OF AMERICA

COMMERCIAL POLICY NUMBER
BA-4044X270-12-SEL        — 09493
EFFECTIVE DATE 02-01-12

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

NAMED INSURED
ULRICH SAYLER & ASSOCIATES INC
AND AS PER CA T8 00

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|------|------------|-------------------|
| 2011 | CHRYS TOWN | 2A4RR5DG2BR633474 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS PROPERTY
CASUALTY CO. OF AMERICA

COMMERCIAL POLICY NUMBER
BA-4044X270-12-SEL        — 09493
EFFECTIVE DATE 02-01-12

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

NAMED INSURED
ULRICH SAYLER & ASSOCIATES INC
AND AS PER CA T8 00

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|------|------------|-------------------|
| 2008 | SMART FORTW | WMEEJ31X78K157316 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS PROPERTY
CASUALTY CO. OF AMERICA

COMMERCIAL POLICY NUMBER
BA-4044X270-12-SEL        — 09493
EFFECTIVE DATE 02-01-12

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     [X] BODILY INJURY LIABILITY

NAMED INSURED
ULRICH SAYLER & ASSOCIATES INC
AND AS PER CA T8 00

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|------|------------|-------------------|
| 2012 | FIAT 500 | 3C3CFFBA6CT186018 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CAIDFL Rev. 10-09

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger
  and witness; and insurance company and policy number for
  each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers
  representatives.

*MISREPRESENTATION OF
INSURANCE IS A FIRST
DEGREE MISDEMEANOR.*



**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger
  and witness; and insurance company and policy number for
  each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers
  representatives.

*MISREPRESENTATION OF
INSURANCE IS A FIRST
DEGREE MISDEMEANOR.*



**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger
  and witness; and insurance company and policy number for
  each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers
  representatives.

*MISREPRESENTATION OF
INSURANCE IS A FIRST
DEGREE MISDEMEANOR.*



**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger
  and witness; and insurance company and policy number for
  each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers
  representatives.

*MISREPRESENTATION OF
INSURANCE IS A FIRST
DEGREE MISDEMEANOR.*



**TRAVELERS**

**YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTOR-IST LIMITS LESS THAN YOUR BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.**

<div align="center">

**FLORIDA**

**UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION FORM
AND ANNUAL OPTIONS NOTICE**

</div>

**IF YOU ARE A NEW CUSTOMER OR APPLICANT**, Florida law requires that automobile liability policies be issued with <u>automatic</u> Uninsured Motorists Coverage at limits equal to the Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage in your policy, <u>unless</u> you select a lower limit offered by the company or reject Uninsured Motorists Coverage entirely. If any named insured on the automobile liability policy is designated as an individual, your automatic Uninsured Motorists Coverage will also be in the form of Stacked* coverage, unless you elect otherwise on this form. For a non-individual named insured operating as a legal entity, your policy will include Non-Stacked Uninsured Motorists Coverage, unless you reject Uninsured Motorists Coverage entirely.

**IF YOU ARE A CURRENT POLICYHOLDER**, the Uninsured Motorists Coverage rejection or limits of your policy, including the Stacked* or Non-Stacked form of coverage, will continue to apply <u>unless</u> you make a different election below. If you change your policy's liability coverage limits for Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage, your Uninsured Motorists Coverage limits will equal the new liability coverage limit(s) and if any named insured on the automobile liability policy is designated as an individual in the policy Declaration(s), your Uninsured Motorists Coverage will also be in the form of Stacked* coverage, <u>unless</u> you elect otherwise on this form. For a non-individual named insured operating as a legal entity, your policy will include Non-Stacked Uninsured Motorists Coverage, unless you reject Uninsured Motorists Coverage entirely.

Florida law requires that we provide you notice of your Uninsured Motorists Coverage options at least annually. Uninsured Motorists Coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles because of bodily injury or death resulting therefrom. Such benefits may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy. For the purpose of this coverage, an uninsured motor vehicle may include a motor vehicle as to which the bodily injury limits are less than your damages.

Non-Stacked is a limited type of Uninsured Motorists Coverage. Subject to the provisions of the policy, if injury occurs in a covered vehicle owned or leased by you (or any family member who resides with you), under the Non-Stacked type of coverage only the limits of coverage (if any) which apply to that vehicle are available under this policy. If an injury occurs while occupying someone else's vehicle, or you are struck as a pedestrian, you are entitled to select the highest limits of Uninsured Motorists Coverage available on any one vehicle for which you are a named insured, insured family member, or insured resident of the named insured's household. This policy will not apply if you select the coverage available under any other policy issued to you or the policy of any other family member who resides with you. For a named insured designated as an individual, Non-Stacked Uninsured Motorists Coverage is available at a reduced rate when compared to the Stacked* form of coverage. For a non-individual named insured operating as a legal entity, your policy will include Non-Stacked Uninsured Motorists Coverage, unless you reject Uninsured Motorists Coverage entirely.

If you do not elect to purchase the Non-Stacked form or you do not reject Uninsured Motorists Coverage entirely, and a named insured on the automobile liability policy is designated as an individual, your Uninsured Motorists Coverage limit(s) for each motor vehicle are added together (Stacked*) for all covered injuries. Thus, your policy limits would automatically change during the policy term if you increase or decrease the number of autos covered under the policy.

**\*Stacking of Uninsured Motorists Coverage is <u>not</u> available to a non-individual named insured operating as a legal entity.**

**Please mark your coverage selection/rejection or changes below, sign and return this form.**

☐ I hereby **reject** Uninsured Motorists Coverage, Stacked* and Non-Stacked, on behalf of myself and all insureds under my policy.

☐ I hereby **select** Non-Stacked Uninsured Motorists Coverage at the same limits as my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage.

☐ I hereby **select** Non-Stacked Uninsured Motorists Coverage at limits **lower** than my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage. *(Specify limits)*

    ☐ $20,000 each accident        ☐ $350,000 each accident

    ☐ $50,000 each accident        ☐ $500,000 each accident

    ☐ $100,000 each accident      ☐ $750,000 each accident

    ☐ $250,000 each accident      ☐ $1,000,000 each accident

    ☐ $300,000 each accident      ☐ _____ Fill-in for other available limits. Please contact your agent or broker for available options.)

☐ I hereby **select** Stacked* Uninsured Motorists Coverage at the same limits as my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage. *[Note: If you select this option, then please disregard the capitalized statement in bold at the beginning of this form.]*

☐ I hereby **select** Stacked* Uninsured Motorists Coverage at limits **lower** than my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage. (Specify limits)

    ☐ $20,000 each accident        ☐ $350,000 each accident

    ☐ $50,000 each accident        ☐ $500,000 each accident

    ☐ $100,000 each accident      ☐ $750,000 each accident

    ☐ $250,000 each accident      ☐ $1,000,000 each accident

    ☐ $300,000 each accident      ☐ _____ Fill-in for other available limits. Please contact your agent or broker for available options.)

I understand and agree that selection of any of the above options applies to my automobile liability insurance policy and future renewals or replacements of such policy which are issued at the same liability limits for Bodily Injury Liability or Combined Single Limit for Liability Coverage, and if I decide to select another option at some future time, I must let the Company or my agent know IN WRITING.

| SIGNATURE OF NAMED INSURED | DATE |
|---|---|
| | |

NAME
ULRICH SAYLER & ASSOCIATES INC
AND AS PER CA T8 00

**\*Stacking of Uninsured Motorists Coverage is <u>not</u> available to a non-individual named insured operating as a legal entity.**



### PERSONAL INJURY PROTECTION
# FLORIDA
### New and Renewal Policies

*(To be completed and signed by Named Insured)*

| | |
|---|---|
| NAME: | ULRICH SAYLER & ASSOCIATES INC<br>AND AS PER CA T8 00 |
| ADDRESS: | 3911 SW 5TH AVENUE |
| | OCALA            FL 34471 |

## PERSONAL INJURY PROTECTION (NO-FAULT) COVERAGE

Pursuant to Florida law, every owner or registrant of a motor vehicle required to be registered and licensed in Florida, shall maintain Personal Injury Protection (PIP). This is often referred to as no-fault coverage.

Basic PIP coverage provides for 80% of covered medical expenses and 60% of covered work loss expenses. It also covers replacement services expenses and death benefits. The total aggregate limit for all PIP benefits is $10,000 per person. Refer to your policy for the prevailing coverage provisions.

If you are an individual named insured, you may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages" or "work loss"). These elections apply to the named insured alone or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since that would preclude the payment of lost wages in the event of an accident.

No deductible or exclusion of work loss benefits will apply, unless you make an election below. However, if *this is a **renewal** policy, the limits and options elected for the PIP coverage of your expiring policy will apply for the renewal policy <u>unless</u> you make a different election below.*

**OPTION I.**    <u>**DEDUCTIBLE**</u> – If you are an individual named insured, check the applicable box below.

☐  I do <u>not</u> want a deductible to apply to my policy's Personal Injury Protection coverage.

| Deductible<br><u>Amount</u> | Named Insured<br><u>Only</u> | Named Insured and All<br><u>Dependent Resident Relatives</u> |
|---|:---:|:---:|
| $250 | ☐ | ☐ |
| $500 | ☐ | ☐ |
| $1000 | ☐ | ☐ |

**OPTION II.**    <u>**EXCLUSION OF WORK LOSS BENEFITS**</u> – If you are an individual Named Insured and want to exclude work loss benefits, check the applicable box below.

☐  Exclude Work Loss benefits for the Named Insured and All Dependent Resident Relatives.

☐  Exclude Work Loss benefits only for Named Insured.

I understand that the deductible and/or benefit election indicated above shall apply on the policy or policies in effect at the time this form is executed and all future renewal policies until I notify the Company IN WRITING of any changes.

My signature below, and/or payment of any premium, evidences my actual knowledge and understanding of the availability of these options as well as the options I have elected.

| | |
|---|---|
| SIGNATURE OF NAMED INSURED | DATE |
| | |

```
                    POLICY OVERPRINT   PAGE 1 OF 1

                    POLICY NUMBER: BA-4044X270-12-SEL

                    RATER: VS99   ISSUE DATE: 12/13/11

                    REAL ESTATE APPRAISERS


                    EFFECTIVE DATE:  02/01/12
                    EXPIRATION DATE: 02/01/13
```

INSUREDS NAME: ULRICH SAYLER & ASSOCIATES INC
              AND AS PER CA T8 00

| | |
|---|---|
| NEW/RENEWAL: R | PAYMODE: B |
| SOLICITOR CODE: | AUDIT FREQUENCY: N |
| SAI: 6671R2151 | RESPONSIBILITY: I |
| MSI: M | WATCH FILE: 0 |
| RATING MODE: G | SURVEY CODE: 2 |
| SPECIAL CODE: | REINSURANCE: N |
| PROGRAM CODE: 16N | AUTO FILINGS: N |
| FEDERAL TAX ID: 270639279 | |

### PREMIUM SUMMARY

| S.B. | ACCOUNT MONTH | EFF. DATE | PREMIUM | NON PREMIUM | TOTAL |
|------|---------------|-----------|---------|-------------|-------|
| D | | | 5,474.00 | 68.00 | 5,542.00 |

|  | TOTAL: | 5,474.00 | 68.00 | 5,542.00 |
|---|---|---|---|---|

OFFICE: TAMPA FL           247
PRODUCER NAME: HOLDER INSURANCE AGENCY          CWP95

**TRAVELERS** J

```
                              PREMIUM SPLIT FORM    PAGE  1 OF  1

                              POLICY NUMBER: BA-4044X270-12-SEL

                              RATER: VS99     ISSUE DATE: 12/13/11


                        COMM ITEM       COMM ITEM      COMM ITEM     COMM ITEM
                        NC   H1         .1500 PREM
        ACCOUNT  EFFECTIVE
        MONTH    DATE           PREMIUM         PREMIUM      PREMIUM       PREMIUM

                              68.00           5474
```

```
              H1=FLCATAU


      OFFICE: TAMPA FL              247
      PRODUCER NAME: HOLDER INSURANCE AGENCY            CWP95
```

```
                    AUTOMOBILE PREMIUM SUMMARY

                    POLICY NUMBER: BA-4044X270-12-SEL


                    EFFECTIVE DATE:  02/01/12

                    EXPIRATION DATE: 02/01/13
```

```
     LIABILITY                              $   2881

     PERSONAL INJURY PROTECTION             $    135

     AUTO MEDICAL PAYMENTS                  $     60

     UNINSURED MOTORISTS                    $    600

     COMPREHENSIVE COVERAGE                 $    305

     COLLISION COVERAGE                     $    879

     TOWING AND LABOR                           INCL

     ADDITIONAL COVERAGE PREMIUMS           $    614
```

```
     OFFICE: TAMPA            247
     PRODUCER NAME: HOLDER INSURANCE AGENCY      CWP95
```

POLICY NUMBER: BA-4044X27v-12-SEL

# TRAVELERS RATING MODIFICATION REPORT

ANALYST WORKSHEET

| NAME INSURED ULRICH SAYLER & ASSOCIATES INC AND AS PER CA T8 00 | AGENCY HOLDER INSURANCE AGENCY 1635 SW 1ST AVE | CWP95 |
|---|---|---|
| EFFECTIVE DATE: 02-01-12 | OCALA | FL 34471 |

| SCHEDULE/PMP MODIFICATION Risk characteristics – document reasons | ENTER A CREDIT AS A NEGATIVE DECIMAL/ ENTER A DEBIT AS A POSTIVE DECIMAL EXAMPLE: 15% CREDIT = -.15 |
|---|---|

| LINE CODES | LIAB. | PHYS. DAM. |
|---|---|---|
| A. Management — Cooperation in matters of safety and safeguarding insured property | -.130 | -.130 |
| B. Employees — Selection, training, supervision and experience | -.050 | -.050 |
| C. Equipment — Type, condition, servicing of vehicles risk's own repair facilities, safety equipment, and driver's reports on vehicle conditions | | |
| D. Loss Prevention — Periodic self-inspections, periodic safety meeting with employees, Programs distribution of safety literature, accident reports and accident records. | | |
| E. Financial Status — Adequate working capital, financial solvency, financial stability | | |
| F. Classification Preculiarities | | |
| G. Protection Not Otherwise Recognized | | |
| H. Dispersion or Concentration of Values Insured | | |
| I. Schedules, routes and practices (Character, number and oversight) | | |
| S. Total of Lines A through I | -.180 | -.180 |
| D. Experience Modification | | |
| X. Expense Modification (including Agents Commission Contribution) | | |

| OFFICE: | DATE: 12-13-11 |
|---|---|
| ANALYST SIGNATURE | CL MANAGER SIGNATURE |

COMMENTS:

## Civil Remedy Notice of Insurer Violations

Filing Number:       **336886**

Filing Accepted:     **3/7/2017**

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **CURTIS SAYLER** |
| Street Address: | **4067 NE 15TH COURT ROAD** |
| City, State Zip: | **OCALA, FL  34479** |
| Email Address: | |
| Complainant Type: | **Insured** |

### Insured

| | |
|---|---|
| Name: | **CURTIS SAYLER** |
| Policy #: | **BA-4044X270-12-SEL** |
| Claim #: | **406 PP ELE 0464T** |

### Attorney

| | |
|---|---|
| Name: | **MARIANNE HOWANITZ** |
| Street Address: | **118 WEST FORT KING STREET** |
| City, State Zip: | **OCALA, FL  34471** |
| Email Address: | **APRIL@OCALAACCIDENTLAW.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** |
| Street Address: | |
| City, State Zip: | **,** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**SHEILA LOUGHLIN**

| | |
|---|---|
| Type of Insurance: | **Auto** |

DFS-10-363
Rev. 11/2007

EXHIBIT
2

## Civil Remedy Notice of Insurer Violations

Filing Number:    **336886**

### Reason for Notice

Reasons for Notice:

**Unsatisfactory Settlement Offer**

**Claim Delay**

---

**PURSUANT TO SECTION 624.155, F.S.**  please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.** |
| 626.9541(1)(i)(3)(a) | **Failing to adopt and implement standards for the proper investigation of claims.** |
| 626.9541(1)(i)(3)(c) | **Failing to acknowledge and act promptly upon communications with respect to claims.** |
| 626.9541(1)(i)(3)(d) | **Denying claims without conducting reasonable investigations based upon available information.** |
| 626.9541(1)(i)(3)(f) | **Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement.** |
| 626.9541(1)(i)(3)(i) | **Unfair claim settlement practices** |

---

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**Curtis Sayler's auto policy contains uninsured motorist coverage provisions which, in general, provide that Travelers will pay all sums the insured is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle".**

---

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

Curtis Sayler suffered injuries on May 1, 2012 in an automobile accident caused by an unknown/unidentified driver of a motor vehicle that fled the scene of the accident. Mr. Sayler suffered significant injuries to his neck and back which resulted in him undergoing physical therapy; two bilateral L5-S1 transforaminal epidural steroid injections; two cervical interlaminar epidural steroid injections at C7-T1; a lumbar discography at L3-4 and L4-5; a provocative lumbar discography at L5-S1; bilateral occipital nerve blocks; a transforaminal lumbar interbody fusion on the right at L5-S1; a bilateral L4-5 transforaminal epidural steroid injection; an anterior cervical discectomy and fusion at C5-6; a posterior cervical fusion from C4 to C6 using morcellized allograft soaked in iliac crest bone marrow aspirate; placement of Synthes Synapse screws bilaterally from C4 to C6; bilateral iliac crest bone marrow aspiration through separate fascial incisions; two sets of bilateral cervical facet joint nerve blocks at C4, C5 and C6; bilateral C4, C5 and C6 facet medial nerve radiofrequency rhizotomies; two sets of right C2 through C7 radiofrequency facet joint nerve ablations; two sets of bilateral cervical paraspinal, trapezius and rhomboid trigger point injections; an occipital nerve blockade; and a lumbar revision surgery. He also suffered from dizziness and benign paroxysmal position vertigo and underwent a videonystagmography.

Mr. Sayler incurred more than $574,500.00 in total past medical expenses. Those expenses do not include his December 20, 2016 lumbar revision surgery expenses. Mr. Sayler's expenses are ongoing. Mr. Sayler also incurred unreimbursed lost wages which have not yet been calculated.

Two settlement demands for the tender of Mr. Sayler's $500,000.00 non-stacked uninsured motorist benefits were submitted to Travelers Insurance Company. Travelers requested additional documentation to support Mr. Sayler's claim. All documentation requested by Travelers was provided. Travelers then advised they determined Mr. Sayler to be the sole cause of the accident and therefore they would not make an offer in response to the settlement demand. Travelers then requested two separate examinations under oath which Mr. Sayler provided. On two other occasions Travelers also inspected the ladder rack attached to the rear end of Mr. Sayler's vehicle at the time of the collision which clearly showed damage confirming a collision with the rear end of his vehicle. Travelers continued to deny Mr. Sayler's uninsured motorist claim stating he was at fault for the accident.

Travelers has continuously delayed attempts made to resolve Mr. Sayler's uninsured motorist claim. Mr. Sayler has cooperated with Travelers as required by his insurance policy. This is the second Civil Remedy Notice of Insurer Violation filed against Travelers Property Casualty Company of America for repeated claim delays and failure to attempt in good faith to settle Mr. Sayler's uninsured motorist claim. Travelers has been provided with sufficient documentation to support Mr. Sayler's claim and continues to refuse to make an offer to settle his uninsured motorist claim and refuses to tender his $500,000.00 non-stacked uninsured motorist benefits.

## Comments

| User Id | Date Added | Comment |
|---------|------------|---------|
|         |            |         |

JEFF ATWATER ⬥ FLORIDA'S CHIEF FINANCIAL OFFICER

**Civil Remedy Notice of Insurer Violations**

april@ocalaaccidentlaw.com

Home   Create Filing   Search Filings   Subscriptions   Change Password   Help/FAQ

Logout

Filing number 336886 is accepted.

Filing Accepted 3/7/2017

Notice of Acceptance of this "Civil Remedy Notice of Insurer Violation" confirms the submission has met the specificity standards for acceptance by the automated system. The system specificity standards validate only that the required fields on the form contain data. The standards do not evaluate the quality or detail of the data. Acceptance of this on-line form by the system confirms the Department's receipt of the notice form. Acceptance by the system does not, however, fulfill the requirement that the authorized insurer be given 60 days' written notice of the violation". The "Print Filing" option below will provide you with a hard copy of the accepted "Civil Remedy Notice of Insurer Violation" form which can be sent to the insurer to comply with this portion of the law.

Print Filing