# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**CURTIS SAYLER and CHERYL SAYLER,**

      **Plaintiffs,**

**v.**                                               **Case No: 5:17-cv-291-Oc-30PRL**

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

      **Defendant.**

_____

## ORDER

    Plaintiffs have filed a motion to strike Defendant's notice of taking deposition duces tecum of Padmaja Yatham, M.D. (Doc. 41). The motion is due to be **DENIED** because Plaintiffs failed to comply with Local Rule 3.01(g), which required them to confer with opposing counsel in a good faith effort to resolve the issues raised by the motion.

    The parties are hereby **DIRECTED** to confer in good faith to resolve the scheduling of Dr. Yatham's deposition. While the court understands that scheduling conflicts arise, counsel is expected to work together in a professional and collegial manner. And, the parties are cautioned that because the court has already extended discovery twice, it is disinclined to grant a further extension absent extraordinary circumstances.

    **DONE** and **ORDERED** in Ocala, Florida on August 24, 2018.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties