UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Curtis Sayler and Cheryl Sayler,

    Plaintiffs,

v.                                                      Case No: 5:17-cv-291-Oc-30PRL

Travelers Property Casualty Company of America

    Defendant.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury on March 4, 2019, through March 8, 2019. The issues have been tried and the jury has rendered its verdict in favor of the Defendant.

Therefore, it is **ORDERED AND ADJUDGED:**

1. Judgment is entered in favor of Defendant, Travelers Property Casualty Company of America, and against Plaintiffs, Curtis Sayler and Cheryl Sayler. Plaintiffs shall go hence without day.

2. The Clerk is directed to close this case.

Date: March 11, 2019                                        ELIZABETH M. WARREN, CLERK

                                                                    By: *H. Quick*, Deputy Clerk